IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL DIVISION

MD SHAKHAWAT HOSSAIN,    CASE NUMBER: 23-CA-004595

    Plaintiff,

-v-

JEFFREY ALLEN STANAVICH,
and JENROLA INDUSTRIES
LIMITED,

    Defendants.
_____/

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff, MD SHAKHAWAT HOSSAIN ("Plaintiff"), by and through undersigned counsel, and hereby sues Defendants, JEFFREY ALLEN STANAVICH and JENROLA INDUSTRIES LIMITED, and in support thereof, alleges the following:

### JURISDICTION, PARTIES, AND VENUE

1. This is an action for damages in excess of Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs, and attorney's fees.

2. At all times material to this action, Plaintiff was a natural person residing in Collier County, Florida.

3. At all times material to this action, Defendant, JEFFREY ALLEN STANAVICH, was a natural person residing in Baltimore, Maryland.

4. Plaintiff has been unable to locate Defendant, JEFFREY ALLEN STANAVICH, in order to serve him with the Plaintiff's Complaint and Demand for Jury Trial and Summons.

1

5. At all times material to this action, Plaintiff attempted to serve Defendant, JEFFREY ALLEN STANAVICH, at the following addresses, but to no avail:

    a. 41 Township Road, Baltimore, Maryland 21222

6. Despite diligent efforts, personal service has not been effectuated on Defendant, JEFFREY ALLEN STANAVICH, he is a non-resident, or a resident of Florida who became a non-resident or is concealing his whereabouts. ***Please refer to the Affidavit of Diligent Search attached as Exhibit 1.***

7. Accordingly, Plaintiff is effectuating substitute service of process through the Florida Secretary of State as Defendant, JEFFREY ALLEN STANAVICH was: (1) a non-resident; and (b) operated a motor vehicle in the State of Florida at the time of the motor vehicle collision on or about April 14, 2022, pursuant to sections 48.161, 48.171, and 48.181, Florida Statutes.

8. By virtue of Defendant, JEFFREY ALLEN STANAVICH's a nonresident, being the operating of a motor vehicle, who accepts the privilege extended by the laws of this state to nonresident operators and owners, of operating a motor vehicle or of having it operated, or of permitting any motor vehicle owned, or leased, or controlled by him or her to be operated with his or her knowledge, permission, acquiescence, or consent, within the state, or acceptance or licensure and by the operation of the motor vehicle, either in person, or by or through his servants, agents, or employees, or by persons with his knowledge, acquiescence, and consent within the state constitutes the Secretary of State his agent for the service of process in any civil action begun in the courts of the state against such operator or owner, lessee, or other person entitled to control of the motor vehicle, arising out of or by reason of any accident or collision occurring within the state in which the motor vehicle is involved.

9. At all times material to this action, Defendant, JENROLA INDUSTRIES LIMITED, was a corporation incorporated in Delaware conducting business in the State of Florida, including Lee County, Florida.

10. At all times material to this action, Defendant, JENROLA INDUSTRIES LIMITED, maintained agents and/or representatives in Lee County, Florida, for purposes of carrying out its business.

11. Venue is proper in Lee County, Florida.

12. Jurisdiction is proper in Lee County Circuit Court.

**GENERAL ALLEGATIONS**

13. At all times material to this action, Plaintiff was the operator and maintained and/or otherwise controlled a 2013 Buick Verano, bearing Vehicle Identification Number 1G4PP5SK0D4201168.

14. At all times material to this action, Defendant, JENROLA INDUSTRIES LIMITED, owned, possessed, and/or otherwise controlled a 2015 Freightliner Cascadia, bearing Vehicle Identification Number 1FUJGLD5XFLGD5250.

15. At all times material to this action, Defendant, JEFFREY ALLEN STANAVICH, was the operator of the 2015 Freightliner Cascadia.

16. At all times material to this action, Defendant, JEFFREY ALLEN STANAVICH, was an agent, servant, and/or employee of Defendant, JENROLA INDUSTRIES LIMITED, while operating, maintaining, and/or otherwise controlling the 2015 Freightliner Cascadia.

17. At all times material to this action, Defendant, JEFFREY ALLEN STANAVICH, operated, maintained, and/or otherwise controlled the 2015 Freightliner Cascadia, with the express and/or implied consent of Defendant, JENROLA INDUSTRIES LIMITED.

18. At all times material to this action, Defendant, JEFFREY ALLEN STANAVICH, operated, maintained, and/or otherwise controlled the 2015 Freightliner Cascadia within the course and scope of his employment with Defendant, JENROLA INDUSTRIES LIMITED, and while also furthering the business interests of Defendant, JENROLA INDUSTRIES LIMITED.

19. On or about April 14, 2022, while operating the 2013 Buick Verano, Plaintiff was lawfully traveling northbound on Ortiz Avenue at or near the intersection of Dr Martin Luther King Boulevard, in Lee County, Florida.

20. On or about April 14, 2022, while operating, maintaining, and/or otherwise controlling the 2015 Freightliner Cascadia within the course and scope of his employment, and while furthering the business interests of Defendant, JENROLA INDUSTRIES LIMITED, Defendant, JEFFREY ALLEN STANAVICH, was traveling northbound on Ortiz Avenue at or near the intersection of Dr Martin Luther King Boulevard, in Lee County, Florida.

21. At all times material to this action, Defendant, JEFFREY ALLEN STANAVICH, owed a duty to the public at-large, including the Plaintiff, to use reasonable care while operating, maintaining, and/or otherwise controlling the 2015 Freightliner Cascadia within the course and scope of his employment, and while furthering the business interests of Defendant, JENROLA INDUSTRIES LIMITED.

22. On or about April 14, 2022, Defendant, JEFFREY ALLEN STANAVICH, breached his duty to the public at-large, including to the Plaintiff, by failing to use reasonable care while operating, maintaining, and/or otherwise controlling the 2015 Freightliner Cascadia within the course and scope of his employment, and while furthering the business interests of Defendant, JENROLA INDUSTRIES LIMITED, such that his action(s) and/or omission(s) resulted in a motor

vehicle collision with the 2013 Buick Verano operated, maintained, and/or otherwise controlled by the Plaintiff.

23. All conditions precedent to the filing and/or maintenance of this action against Defendant, JEFFREY ALLEN STANAVICH, have been performed, occurred, excused, and/or waived.

24. All conditions precedent to the filing and/or maintenance of this action against Defendant, JENROLA INDUSTRIES LIMITED, have been performed, occurred, excused, and/or waived.

## COUNT I
## NEGLIGENCE CLAIM AGAINST DEFENDANT, JEFFREY ALLEN STANAVICH

25. Plaintiff adopts and re-alleges paragraphs one (1) through twenty-four (24) above, as though fully set forth and incorporated herein.

26. As a direct and proximate result of Defendant, JEFFREY ALLEN STANAVICH's failure to use reasonable care while operating, maintaining, and/or otherwise controlling the 2015 Freightliner Cascadia, or in other words, due to Defendant, JEFFREY ALLEN STANAVICH's negligence, Plaintiff suffered injury(ies) in and about his body and extremities, resulting in pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation and/or activation of pre-existing injury(ies) and/or condition(s), pre-disposition to further bodily injury(ies), expense of hospitalization, medical and/or nursing services, care, and treatment, loss of earnings in the past and future, loss of the ability to earn in the future, loss of compensation in the past and future, transportation expenses, and out-of-pocket expenses. The losses are either permanent or continuing in nature and the Plaintiff will continue to suffer such losses in the future.

WHEREFORE, Plaintiff, MD SHAKHAWAT HOSSAIN, demands judgment for all damages against Defendant, JEFFREY ALLEN STANAVICH, in excess of Fifty Thousand Dollars ($50,000.00), as well as all taxable costs, and for any and all further relief this Honorable Court deems just and proper under the circumstances.

## COUNT II
## VICARIOUS LIABILITY CLAIM AGAINST
## DEFENDANT, JENROLA INDUSTRIES LIMITED

27. Plaintiff adopts and re-alleges paragraphs one (1) through twenty-four (24) above, as though fully set forth and incorporated herein.

28. Given the agency relationship between Defendant, JENROLA INDUSTRIES LIMITED, and Defendant, JEFFREY ALLEN STANAVICH, Defendant, JENROLA INDUSTRIES LIMITED, was and is vicariously liable for the actions and/or omissions of Defendant, JEFFREY ALLEN STANAVICH, performed within the course and scope of his employment, and while furthering the business interests of Defendant, JENROLA INDUSTRIES LIMITED, including, but not limited to, Defendant, JEFFREY ALLEN STANAVICH's failure to use reasonable care while operating, maintaining, and/or otherwise controlling the 2015 Freightliner Cascadia, owned, possessed, and/or otherwise controlled by Defendant, JENROLA INDUSTRIES LIMITED, resulting in a motor vehicle collision with the 2013 Buick Verano operated, maintained, and/or otherwise controlled by the Plaintiff.

29. As a direct and proximate result of Defendant, JEFFREY ALLEN STANAVICH's failure to use reasonable care while operating, maintaining, and/or otherwise controlling the 2015 Freightliner Cascadia within the course and scope of his employment, and while furthering the business interests of Defendant, JENROLA INDUSTRIES LIMITED, or in other words, due to Defendant, JEFFREY ALLEN STANAVICH's negligence, Plaintiff suffered injury(ies) in and

about his body and extremities, resulting in pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation and/or activation of pre-existing injury(ies) and/or condition(s), pre-disposition to further bodily injury(ies), expense of hospitalization, medical and/or nursing services, care, and treatment, loss of earnings in the past and future, loss of the ability to earn in the future, loss of compensation in the past and future, transportation expenses, and out-of-pocket expenses. The losses are either permanent or continuing in nature and the Plaintiff will continue to suffer such losses in the future.

WHEREFORE, Plaintiff, MD SHAKHAWAT HOSSAIN, demands judgment for all damages against Defendant, JENROLA INDUSTRIES LIMITED, in excess of Fifty Thousand Dollars ($50,000.00), as well as all taxable costs, and for any and all further relief this Honorable Court deems just and proper under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiff, MD SHAKHAWAT HOSSAIN, hereby demands trial by jury of all issues so triable as a matter of right.

WHEREFORE, Plaintiff, MD SHAKHAWAT HOSSAIN, demands judgment for all damages against Defendants, JEFFREY ALLEN STANAVICH and JENROLA INDUSTRIES LIMITED, in excess of Fifty Thousand Dollars ($50,000.00), as well as all taxable costs, and for any and all further relief this Honorable Court deems just and proper under the circumstances.

**[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served upon Defendants electronically pursuant to Fla. R. Gen. Prac. & Jud. Admin. 2.516 on August 31, 2023, to: Heather L. Stover, Esq. and Caitlin E. Costa, Esq. at ccosta@ogdensullivan.com, eservice@ogdensullivan.com, and hstover@ogdensullivan.com.

**THE INJURY FIRM**
*Attorneys for Plaintiff*
1608 East Commercial Boulevard
Fort Lauderdale, Florida 33334
Tel.: (954) 951-0000
Fax: (954) 951-1000
Email Designation:
eservice4@flinjuryfirm.com
rachel@flinjuryfirm.com

By:  /s/ Rachel Shirk
     Rachel M. Shirk, Esq.
     Florida Bar No.: 1024842

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL DIVISION

MD SHAKHAWAT HOSSAIN,                    CASE NUMBER: 23-CA-004595

    Plaintiff,

-v-

JEFFREY ALLEN STANAVICH,
and JENROLA INDUSTRIES
LIMITED,

    Defendants.
_____/

## AFFIDAVIT OF DILIGENT SEARCH

STATE OF FLORIDA    )
                                 )
COUNTY OF BROWARD  )

    Before me, the undersigned authority duly authorized to take oaths and acknowledgments, personally appeared Rachel M. Shirk, Esq., who after being duly sworn, states:

    1.    My name is Rachel M. Shirk and I am over the age of eighteen (18).

    2.    My business address is 1608 East Commercial Boulevard, Fort Lauderdale, Florida 33334.

    3.    I have personal knowledge of the matters set forth herein as I am the attorney of record for the Plaintiff, MD SHAKHAWAT HOSSAIN, in the above-styled action that is captioned *MD SHAKHAWAT HOSSAIN v. JEFFREY ALLEN STANAVICH, and JENROLA INDUSTRIES LIMITED*, Case Number 23-CA-004595, filed in Lee County, Florida.



1

4. On March 23, 2023, MD Shakhawat Hossain, through the undersigned counsel, filed a Complaint and Demand for Jury Trial against Jeffrey Allen Stanavich and Jenrola Indsutries Limited.

5. Thereafter, MD Shakhawat Hossain, through the undersigned counsel, retained L.R.I. (Process Service & Litigation Support) for purposes of serving a copy of a Summons; Complaint and Demand for Jury Trial; and Notice of Filing Designated Electronic Mail Service Addresses; on Jeffrey Allen Stanavich at 41 Township Road Baltimore, Maryland 21222.

6. However, service could not be effectuated on Jeffrey Allen Stanavich as reflected in L.R.I.'s Verified Return of Non-Service. *Please refer to L.R.I.'s Verified Return of Non-Service attached as composite Exhibit A*.

7. Next, MD Shakhawat Hossain, through the undersigned counsel, obtained a sixty-seven (67) page comprehensive report in relation to Jeffrey Allen Stanavich, for purposes of identifying any additional viable addresses in order to effectuate service of process.

8. However, after researching various public records websites and the reports, the undersigned could not locate any additional viable addresses for Jeffrey Allen Stanavich.

9. Despite the above-diligent efforts made by Plaintiff, MD Shakhawat Hossain, through undersigned counsel, he has been unable to effectuate service of process on Jeffrey Allen Stanavich.

10. Thus, based on information and belief, Jeffrey Allen Stanavich has either become a non-resident or Jeffrey Allen Stanavich is concealing his whereabouts.

THE ABOVE STATEMENTS ARE TRUE, ACCURATE AND CORRECT.

FURTHER AFFIANT SAYETH NOT

Signature: _____  Dated: 8/30/23
Rachel M. Shirk, Esq.

Sworn to (or affirmed) and subscribed before me, an officer duly authorized to administer oaths and take acknowledgments, by means of ☑ physical presence or ☐ online notarization, this 30, day of August, 2023, by RACHEL M. SHIRK, ESQ.

_____✓_____ Personally Known OR _____ Produced Identification

Type of Identification Produced _____


Alexander Ian Wiener
Comm.: HH 333936
Expires: November 20, 2026
Notary Public - State of Florida

NOTARY PUBLIC
State of Florida at Large
My Commission Expires: 11/20/26
My Commission Number: HH 333936

(Official seal or stamp)

3

## AFFIDAVIT OF SERVICE

**State of Florida**     County of Lee     **Circuit Court**

Case Number: 23-CA-004595

Plaintiff: **MD Shakhawat Hossain,**
vs.
Defendant: **Jeffrey Allen Stanavich, et al.,**

For: Rachel Shirk, Esq.
    The Injury Firm

Received by L.R.I. (Process Service & Litigation Support) on the 15th day of May, 2023 at 1:03 pm to be served on **Jeffrey Allan Stanavich, 41 Township Road, Baltimore, MD 21222**. I, _Ed Cihla_, being duly sworn, depose and say that on the ____ day of _____, 20__ at __:__.m., executed service by delivering a true copy of the **20-Day Summons & Complaint And Demand For Jury Trial, Plaintiff's Notice Of Filing Designated Electronic Mail Service Addresses** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

( ) POSTED SERVICE: After attempting service on __/__ at ____ and on __/__ at ____ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

Military Status ___ Yes ___ No.

Marital Status ___ No ___ Yes, To: _____

(X) NON SERVICE: For the reason detailed in the Comments below.
COMMENTS: _No answer on attempt on May 18, 20, 24, 27, June 1 on 6/7/2023 Server did receive a call from a man who said he was a Police officer and refused to confirm or deny if the subject lived there._

Age ___ Sex M F  Race _____  Height _____  Weight _____  Hair _____  Glasses Y N

I certify that I am a Process Server over the age of eighteen, appointed in the County in which it was served, that I am in good standing and have no interest in the above action. Under penalties of perjury, I declare that I have read the forgoing instrument and the facts stated in it are true.  Pursuant to F.S. 92.525(2), Notary not required. Date: _6/7/23_

_Ed Cihla_
PROCESS SERVER # _____
Appointed in accordance with State Statutes

Subscribed and Sworn to before me on the _07_ day of _June_, _2023_ by the affiant who is personally known to me.

NOTARY PUBLIC

Michael F. Stern
Notary Public of the
State of Maryland
In and for Baltimore County
My Commission Expires 02/08/2027

L.R.I. (Process Service & Litigation Support)
1011 South Federal Highway
2nd Floor
Hollywood, FL 33020
(954) 944-3900

Our Job Serial Number: 2023003890



EXHIBIT A



## AFFIDAVIT OF SERVICE

**State of Florida**   **County of Lee**   **Circuit Court**

Case Number: 23-CA-004595

Plaintiff: **MD Shakhawat Hossain,**
vs.
Defendant: **Jeffrey Allen Stanavich, et al.,**

For: Rachel Shirk, Esq.
    The Injury Firm

Received by L.R.I. (Process Service & Litigation Support) on the 15th day of May, 2023 at 1:03 pm to be served on **Jeffrey Allan Stanavich, 41 Township Road, Baltimore, MD 21222.** I, _ED CTH CAR_, being duly sworn, depose and say that on the ____ day of _____, 20__ at __:__ .m., executed service by delivering a true copy of the 20-Day Summons & Complaint And Demand For Jury Trial, Plaintiff's Notice Of Filing Designated Electronic Mail Service Addresses in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) POSTED SERVICE: After attempting service on __/__ at ____ and on __/__ at ____ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

Military Status ___ Yes ___ No.

Marital Status ___ No ___ Yes, To: _____

(X) NON SERVICE: For the reason detailed in the Comments below.
COMMENTS: _Evading. Retry to open the door. Attempts on July 1 @ 4:30pm, 5 @ 7:35pm; 7 @ 8:05am + 8 @ 2:15pm 2023_

Age ____ Sex M F  Race _____ Height _____ Weight _____ Hair _____ Glasses Y N

I certify that I am a Process Server over the age of eighteen, appointed in the County in which it was served, that I am in good standing and have no interest in the above action. Under penalties of perjury, I declare that I have read the forgoing instrument and the facts stated in it are true. Pursuant to F.S. 92.525(2), Notary not required. Date: _7/11/23_

Subscribed and Sworn to before me on the _11_ day of _July_ _2023_ by the affiant who is personally known to me.

NOTARY PUBLIC

Michael F. Stern
Notary Public of the
State of Maryland
In and for Baltimore County
My Commission Expires 02/08/2027

PROCESS SERVER # _____
Appointed in accordance with State Statutes

L.R.I. (Process Service & Litigation Support)
1011 South Federal Highway
2nd Floor
Hollywood, FL 33020
(954) 944-3900

Our Job Serial Number: 2023003890

